IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:14-CR-017-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED ORDER** |
| ) | |
| KEVIN SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "*Ex Parte* Motion For Issuance Of Subpoenas" (Document No. 251) and Defendant's "*Ex Parte* Motion For Issuance Of Subpoenas" (Document No. 254), both filed March 25, 2014. The Court finds the Defendant's requests to be consistent with Rule 17(b) of the Federal Rules of Criminal Procedure and will grant the same.

**IT IS THEREFORE ORDERED** that Defendant's above-referenced *ex parte* motions for trial subpoenas (Document Nos. 251, 254) shall be **GRANTED**; the requested subpoenas shall be issued and served by the United States Marshal on the witnesses listed below:

        Officer L. Evans
        CMPD Electronic Monitoring Unit
        601 E. Trade Street
        Charlotte, NC 28202

        Custodian of Records
        Piedmont Natural Gas
        4720 Piedmont Row Drive
        Charlotte, NC 28210

Probation Officer Claude Howell
Mecklenburg County Community Corrections
800 E. 4th Street
Charlotte, NC 28202

William D. Trantham
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, North Carolina 28202

Rachel Scott
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, North Carolina 28202

**IT IS FURTHER ORDERED** that, consistent with Rule 17, the process costs and witness fees shall be paid in the same manner as those paid for witnesses subpoenaed by the government.

**SO ORDERED**.

Signed: March 28, 2014

David C. Keesler
United States Magistrate Judge